**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| **BRYAN BYERS,** individually, and on behalf of all others similarly situated, | Case No. 2:21-cv-05332-ALM-CMV |
| *Plaintiff,* | |
| *v.* | |
| **THE ANDREWS GROUP LLC,** *et al.*, | |
| *Defendant.* | |

## STIPULATION OF DISMISSAL

Plaintiff Bryan Byers and Defendants The Andrews Group, LLC and Plum Tree Realty, LLC stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

So Stipulated.

Dated: July 21, 2022

By: *s/ Avi R. Kaufman*
Avi R. Kaufman
kaufman@kaufmanpa.com
Kaufman P.A.
237 S. Dixie Hwy., 4th Flr.
Coral Gables, FL 33133
Telephone: (305) 469-5881

Brian T. Giles (0072806)
The Law Offices of Brian T. Giles LLC
1470 Apple Hill Rd.
Cincinnati, Ohio 45230
Telephone: (513) 379-2715
Brian@GilesFirm.com

*Attorneys for Plaintiff and the putative Class*

*/s/ Lisa A. Messner*
Lisa A. Messner (0074034), Trial Attorney
Mac Murray & Shuster, LLP

6525 West Campus Oval, Suite 210
New Albany, Ohio 43054
614-939-9955, 614-939-9954 - fax
lmessner@mslawgroup.com
*Attorney for Defendants, The Andrews Group, LLC*
*and Plum Tree Realty, LLC*